IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JOHN M. KAUFFMANN,

    Plaintiff,

v.                                                                          Civil Action No. 3:19CV114

J. COREY, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on March 18, 2019, the Court conditionally docketed Plaintiff's action. On March 25, 2019, the United States Postal Service returned the March 18, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                        /s/
                                        M. Hannah Lauck
                                        United States District Judge

Date: **April 08, 2019**
Richmond, Virginia